UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRUCE CHAPMAN; and HANDLE WITH CARE
BEHAVIOR MANAGEMENT SYSTEM, INC.,

                                  Plaintiffs,
         vs                                        1:04-CV-867

NEW YORK STATE DIVISION FOR YOUTH;
NEW YORK STATE DEPARTMENT OF SOCIAL
SERVICES; NEW YORK STATE OFFICE OF
CHILDREN & FAMILY SERVICES; JOHN JOHNSON,
Commissioner of New York State Office of Children
and Family Services and former Commissioner of the
New York State Division for Youth, in his Official and
Individual Capacity; MARGARET DAVIS, Former
Director of Training for the New York State Division
for Youth, and former Director of Training for New
York State Office of Children and Family Services,
in her Official and Individual Capacity; PATSY MURRAY,
Former Associate Training Technician for the New York
State Division for Youth, and Current Position as Trainer
for New York State Office of Children and Family Services,
in her Official and Individual Capacity; CORNELL
UNIVERSITY; JEFFREY LEHMAN, President of Cornell
University, in his Official and Individual Capacity; DOCTOR
HUNTER RAWLINGS, III, Former President of Cornell
University, in his Official and Individual Capacity; NEW
YORK STATE COLLEGE OF HUMAN ECOLOGY;
FAMILY LIFE DEVELOPMENT CENTER; RESIDENTIAL
CHILD CARE PROJECT; THERAPEUTIC CRISIS
INTERVENTION; MARTHA HOLDEN, Project Director
of the Residential Child Care Project and Therapeutic
Crisis Intervention Trainer and Coordinator, in her Official
and Individual Capacity; MICHAEL NUNNO, Project Director
of the Residential Child Care Project and Therapeutic Crisis
Intervention Trainer, and Coordinator, in his Official and
Individual Capacity; HILLSIDE CHILDREN'S CENTER;
DENNIS RICHARDSON, President, and CEO of Hillside
Children's Center, in his Official and Individual Capacity;
DOUGLAS BIDLEMAN, Employee of Hillside Children's
Center, and Therapeutic Crisis Intervention Trainer, in
his Official and Individual Capacity; and JOHN DOE,
1 through 99,                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HILARY ADLER, ESQ.<br>Attorney for Plaintiffs<br>184 McKinstry Road<br>Gardiner, NY 12525 | |
| HON. ELIOT SPITZER<br>Attorney General of the<br>  State of New York<br>Attorney for Defendants, NYS Division for Youth;<br>    NYS Department of Social Services; NYS<br>    Office of Children & Family Services; John<br>    Johnson; Margaret Davis; and Patsy Murray;<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | DOUGLAS J. GOGLIA, ESQ.<br>Asst. Attorney General |
| OFFICE OF UNIVERSITY COUNSEL<br>Attorneys for Cornell University; Jeffrey Lehman;<br>    Doctor Hunter Rawlings, III, NYS College of<br>    Human Ecology; Family Life Development<br>    Center; Residential Child Care Project;<br>    Therapeutic Crisis Intervention; Martha Holden;<br>    and Michael Nunno<br>300 CCC Building<br>Garden Avenue<br>Ithaca, NY 14853 | NELSON E. ROTH, ESQ. |
| KERNAN PROFESSIONAL GROUP, LLP<br>Attorneys for Hillside Children's Center;<br>    Dennis Richardson; and Douglas Bidleman<br>1310 Utica Street<br>P.O. Box 750<br>Oriskany, NY 13424 | DAVID A. BAGLEY, ESQ. |

DAVID N. HURD
United States District Judge

## O R D E R

      Defendants have brought a motion for attorneys' fees against plaintiffs pursuant to Federal Rule of Civil Procedure 54(a)(2) and 17 U.S.C. § 505; and against plaintiffs' counsel pursuant to 28 U.S.C. § 1927. Plaintiffs have opposed the motion. In a Report

Recommendation dated May 23, 2006, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the motion for attorneys' fees pursuant to 17 U.S.C. § 505 be denied and that the motion for attorneys' fees pursuant to 28 U.S.C. § 1927 be denied.  Objections to the Report Recommendation have been filed by the defendants.

Based upon a de novo review of the portions of the Report-Recommendation to which the defendants have objected, the Report-Recommendation is accepted and adopted. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  The motion for attorneys' fees pursuant to 17 U.S.C. § 505 is DENIED; and

2.  The motion for attorneys' fees pursuant to 28 U.S.C. § 1927 is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated:   August 21, 2007
         Utica, New York.